UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-24613-CIV-SEITZ/SIMONTON

ISRAEL CABLES *et al.*,

      Plaintiffs,
vs.

SMI SECURITY MANAGEMENT, INC.,

      Defendant.
_____/

### ORDER (1) DENYING MOTION FOR CLASS CERTIFICATION; (2) CANCELING HEARING ON MOTION FOR CLASS CERTIFICATION; (3) GRANTING IN PART MOTION FOR CLARIFICATION; AND (4) DIRECTING PARTIES TO FILE REVISED CASE MANAGEMENT PLAN

THIS MATTER is before the Court on Plaintiffs' Motion for Conditional Certification of a Collective Action Under the FLSA [DE 12]; Plaintiffs' Objection to Either Disqualification or Compelled Substitution of Their Counsel of Choice, or in the Alternative, for Clarification of Order [DE 50]; and Plaintiffs' Affidavits [DE 51-1 – 51-8]. At the June 10, 2011 hearing on Plaintiffs' Motion for Conditional Certification, the Court raised concerns about Plaintiffs' counsel, Anthony F. Sanchez' ability to adequately represent the interests of the proposed class if one were conditionally certified. The Court advised that it could not conditionally certify a class with Mr. Sanchez as class counsel and continued the hearing to enable Plaintiffs to obtain substitute class counsel.

"Plaintiffs object to the suggestion that their counsel of choice should be disqualified or that they must be compelled to substitute their counsel of choice with another." [DE 50 at ¶ 3]. Additionally, the Plaintiffs who have chosen to retain Mr. Sanchez as their attorney have advised the Court that they "desire that attorney Anthony F. Sanchez and the law firm of Anthony F. Sanchez,

P.A. also remain [as] attorney in this case." [DE 51-1 – 51-8 at ¶ 3]. The Court has not disqualified Mr. Sanchez from serving as Plaintiffs' counsel and is not compelling Plaintiffs to substitute their counsel. Indeed, the Court has no desire or intention to deprive Plaintiffs of the counsel of their choice. However, the Court has a fiduciary obligation to the putative class members, and cannot conditionally certify a class with Mr. Sanchez as class counsel for such putative class members. Therefore, it is

ORDERED that

(1) Plaintiffs' Motion for Conditional Certification of a Collective Action Under the FLSA [DE 12] is DENIED.

(2) The hearing on Plaintiffs' Motion for Conditional Certification of a Collective Action Under the FLSA set for **June 16, 2011** at **2:00 p.m.** is CANCELLED.

(3) Plaintiffs' Objection to Either Disqualification or Compelled Substitution of Their Counsel of Choice, or in the Alternative, for Clarification of Order [DE 50] is GRANTED IN PART, to the extent it seeks clarification that Anthony Sanchez is not disqualified to serve as Plaintiffs' counsel and Plaintiffs do not have to obtain substitute counsel.

(4) No later than **June 20, 2011**, the parties must file a revised case management plan.

DONE AND ORDERED in Miami, Florida, this 15th day of June, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Simonton
      All counsel of record
      AUSA Wendy Jacobus