**Ena T. Diaz, P.A.**
999 Ponce De Leon Blvd.
Suite 720
Coral Gables, FL 33134
305-377-8828
ediaz@enadiazlaw.com
**Tax ID: 35-2373032**

1/16/2012

**Eddy Marban**
Law Offices of Eddy O. Marban
1600 Ponce De Leon Blvd., Suite 902
Coral Gables, FL 33134

**Invoice Number: 736**
Invoice Period: 12/1/2011 - 12/31/2011

Payment Terms: Due Upon Receipt

**RE: Cables v. SMI Security Management, Inc. (Mediation)**

## Time Detail

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2011 | Ena Diaz | Cables v. SMI Security Management, Inc. Mediation (half the total time of mediation). | 1.200 | 300.00 | 360.00 |
| | | **Total Fees:** | | | 360.00 |
| | | **Total for this Invoice:** | | | 360.00 |
| | | **Total Balance Due from Client:** | | | 360.00 |

We appreciate your business