**SEVEN LANGUAGES
TRANSLATING SERVICES, INC.**
19 W. Flagler St. • Suite 806
Miami, Florida 33130
Tel: (305) 374-6761 • 24 Hr. Fax (305) 374-0339
Toll Free: 1-800-374-6761
E-Mail: info@sevenlanguages.com

# Invoice

**Invoice Number:** 12-0821-05
**Invoice Date:** August 21, 2012

**To:** Anthony F. Sanchez, Esquire
Anthony F. Sanchez, P.A.
6701 Sunset Drive, Ste: 101
Miami, FL 33143

**REF:** Israel Cables et.al. vs. SMI
Security Management Inc.
Judge Patricia A. Seitz
Case# 10-24613-CIV-SEITZ/BARBARA

305-665-9211                    305-328-4842

| No of Hours | Services Rendered | Rate | Total |
|---|---|---|---|
| 7.50 | Spanish Interpreting @ 400 North Miami Ave on August 21, 2012 at 9:45 a.m.-5:00 p.m. | 120.00 | 900.00 |
| 7.50 | Spanish Interpreting @ 400 North Miami Ave on August 22, 2012 at 9:45 a.m.-5:15 p.m. | 120.00 | 900.00 |
| 7.50 | Spanish Interpreting @ 400 North Miami Ave on August 23, 2012 at 9:45 a.m.-5:15 p.m. | 120.00 | 900.00 |
| 5.50 | Spanish Interpreting @ 400 North Miami Ave on August 24, 2012 at 9:45 a.m.-3:15 p.m. | 120.00 | 660.00 |

**METHOD OF PAYMENT:**

☐ Check Enclosed Payable to: *Seven Language Translating Services*
   -OR-
☐ Charge my Credit Card   ☐ Visa   ☐ Master Card   ☐ American Express

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐/☐☐
Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**OUR TAX ID NO:** ▬▬▬▬▬

**Total Invoice Amount**   3,360.00

**THANK YOU FOR YOUR BUSINESS!
PLEASE WRITE OUR INVOICE NUMBER ON YOUR REMITTANCE.
PAYMENT DUE UPON RECEIPT**

Upon acceptance of this invoice the client hereby agrees to pay all costs of collection for any unpaid balance including attorney's fees. Client further agrees that interest at the rate of 1.5% per month may be added to past due balances.